Plaintiff's Name _MAJOR MACK_

Prisoner No. _1226360_

Institutional Address _MAGUIRE CORRECTIONAL_
_Facility 1300 Maple Street_
_Redwood, City, CA 94063_

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

_MAJOR MACK_
(Enter your full name) PLAINTIFF

v.

_SAN MATEO COUNTY AND Sheriff's_
_Department COUNTY OF SAN MATEO_

_CARLOS G. Bolanos, MARK C. Robbins_
_John W. Munsey, Kristina Bell_
_Alma Zamora, John Kovach_
_Melissa Wagner_
_LT. EAMONN Allen SGT Doug Richardson_
_DEFENDANTS_
(Enter the full name(s) of all defendants in this action)

Case No. _5:22-cv-775-VKD_
(Provided by the clerk upon filing)

**COMPLAINT BY A PRISONER
UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

A. Place of present confinement _MAGUIRE CORRECTIONAL Facility 1300 Maple_
_Street Redwood City, CA 94063_

B. Is there a grievance procedure in this institution?   ☐ YES        ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
☐ YES        ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each
level of review. If you did not pursue any available level of appeal, explain why.

    1.    Informal appeal: _____

_____

_____

    2.    First formal level: _____

_____

_____

2

3. Second formal level: _____

_____

_____

4. Third formal level: _____

_____

_____

E. Is the last level to which you appealed the highest level of appeal available to you?
☐ YES        ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.

Irreparable Harm and danger

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).

Anthony L. Webb #1226443 Survontre Ingram #1236119 Major Mack #1226360 Tavijon Hollis #1235190 Faijon Green #1238545 Devin Lum #1206492 1300 Maple Street Redwood City, CA 94063 Marcel E. Chapman #1225908

B. For each defendant, provide full name, official position and place of employment.
(Sheriff) Carlos G. Bolanos (Undersheriff) Mark C Robbins (Assistant Sheriff) John W. Munsey (Adm Lt) John Kovach (Captian) Kristina Bell (Captian) Alma Zamora (Program Director) Melissa Wagner all Correctional Officials at 1300 Maple Street, Redwood City, CA 94063 (LT) Allen Doug Richardson Sergeant San Mateo County Sheriff's Department located at 400 County Center 3rd FL Redwood City, CA 94063

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

1. Plaintiff's Alleges on 1-1-2022 through 1-13-2022 The Sheriff Custody Authorities brought in 2 Bay housing Unit General population housing Unit Five Custody Inmates The Sheriff's knew inmates who

We've Tested Positive With This Covid 19 Virus Along Together With Other housed Inmates Tested Negative In 2 Bay housing Unit.

2. The sheriff Custody authorities Took The risk And Lack Of Reasonable care Not To Stop This deadly Virus Spread And Failed To take Precaution defendants To Continue The medical health care order guidelines restriction defendants To quarantine These Five Custody inmates infected With This Virus before housing These Five infected Virus inmates Along With other inmates Tested Negative From This Covid 19 Virus.

3. defendants decided To house And Consolidate These Five Custody inmates infected with This Virus Covid 19 To have The Same equal Access To Touch The Custody Phones Share Custody Tables, Chairs, And The electronic Custody Tablets That demonstrate defendants Bad Faith effort That defendants Are Not Trying To prevent And stop This Virus Spread From Continuing To Spread To 2 Bay housing Unit Inmates That's Tested Negative From This Covid 19 Virus.

4. And As A proximate Cause The defendants Constituted A eighth Amendment Violation deliberate indifference To A Medical Need As A proximate Cause defendant did Not prevent Negative Tested Inmates To Avoid Sickness, death, And hospitalization Plaintiff's who has A medical Need to Remain Seperate From The Covid 19 Tested positive inmates.

5. In That defendants Failed To Continue To practice The public policy Guideline medical health Care order restriction procedures To prevent Plaintiff's To Catch The Covid

And in order to prevent the virus spread. To plaintiff's medical health.

6. Plaintiff's Alleges the defendants has failed these medical health care executive order restriction to continue to take precaution of this virus spread to continue to take medical steps to protect the medical health care of plaintiff's housed in 2 Bay housing unit facility and other housing facilities in custody.

7 Alleged defendants who decided to establish their own medical health care policy guideline procedure restriction order on the covid virus 19 policy procedure restriction order that has not been put in place and approved and set in order by a medical executive doctor by the medical health care custody Doctor facility.

8. And as a proximate cause defendants continue to jeopardize Plaintiff's medical health care guidelines practice and procedure protection from the spread virus defendants who refused and rejected plaintiff's request and diligently ask defendants to please reopen another available housing unit facility 2 ocean facility next door

9. From 2 Bay housing unit, 2 ocean unit facility that has been further unoccupied, vacant, empty approximately going on 7 months a reasonable housing unit available in order to protect negative covid 19 inmates and place the positive tested covid 19 virus inmates in 2 ocean available facility unit.

However each plaintiff Alleges their constitutional eighth

Amendment equal protection rights to a medical need has been violated Plaintiff's rights continue to remain seperated after a 1½ year that have been tested negative from this Covid 19 virus Plaintiff's following normal medical health care order policy restriction procedures along with mandated Face Mask.

10. Plaintiff's believes their constitutional 14th Amendment equal protection rights continue to be violated from defendants who continues to ignore and wrap down the custody phones, chairs, tables and eletronic tablets and fail to use disinfect all times after the positive tested Covid 19 inmates finish using all these miscellaneous items.

11. defendants intentionally continues to fail and ignore the seriousness of this virus spread and defendants have continued over a couple of weeks to continue to fail to take reasonable precaution defendants medical duty to prevent the negative tested inmates not to catch sickness death and hospitalization from this Covid 19 virus.

12 defendants continues to deny to offer each plaintiff the same each access rights as other public citizens who has been offered the rights to be in compliance with the medical health care order restriction

13. Doctor's association orders who alleges all citizens mandated to be in compliance with the medical establised doctors orders public policies and procedures restriction on the Covid 19 virus public policy qurantine public protection procedures orders

6

each Plaintiff Alleges Their Life is put in irreparable
harm And danger

## RELIEF

Plaintiff's prays For immediate Preliminary INJUNCTION
Relief order be FORWARD And issued to the SAN MATEO
County Sheriff's Department 400 County Center 3RD Floor
Redwood City, CA 94063 To immediately Seperate And
qurantine ALL INFECTED COVID 19 VIRUS INMATES to
Available housing UNIT 2 OCEAN Plaintiff's ALSO prays
For Nominal damages, punitive damages, Monetary
damages, Future damages For 15 Million Dollars According
To proof IF each Negative Covid Tested Plaintiff in
the Near Future is Tested positive For the Covid 19
Virus From 2 Bay housing UNIT OR Any Other housing
UNIT INMATES Tested positive For This Covid 19 VIRUS
Plaintiffs Also pray's For Appointment of Counsel 28 U.S.C § 1915

   I DECLARE UNDER THE PENALTY OF PERJURY
THAT THE FOREGIONG IS TRUE And CORRECT


DATE                                Respectfully Submitted
                                    MAJOR MACK
                                    SIGNATURE OF PLAINTIFF

                                    Major A. Mack